UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No. AMD-00-1783 |
| | * | |
| NJIKONYE EKELEME, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| State of Maryland | * | |
| Central Payroll Bureau | * | |
| Annapolis, MD 21404 | * | |
| | * | |
| Garnishee. | * | |

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 16 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
_____ DEPUTY

ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN ~~INDIVIDUAL~~:

That he/she is Garnishee herein doing business in the name of

_State of Maryland Central Payroll Bureau_
_410-260-7235_

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2007, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of

service (shown above)

(Yes)  No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, _X_ bi-weekly _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends. 7-03-07

3. Enter amount of net wages. Calculate below:

(a) Gross Pay  $ 1542.76

(b) Federal income tax  $ 125.35

(c) F.I.C.A. income tax  $ 105.70

(d) State income tax  $ 83.02

Total of tax withholdings  $ 314.07

Net Wages  $ 1228.69 * *Does not include amounts deducted
(a less total of b,c,d)  for Health benefits, Pension & other deductions

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

Student Loan at 15%
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | | |
| 2. | | |

CPB 07 JUL -5 PM 12:18

3. _____   _____   _____

4. _____   _____   _____

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $_____ | Not Known |
| 2. | $_____ | _____ |
| 3. | $_____ | _____ |
| 4. | $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Njikonye Ekeleme at 6708 Havenoak Road Apt B2, Baltimore, MD 21237-4858, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland  21201.

CPB 07 JUL -5 PM 12: 18

State of Maryland Central Payroll Bureau
Sheryl Glidden, Payroll Clerk III
_____
Garnishee

Subscribed and sworn to before me this

__11th__ day of __July__ 2007.

_____*Eugenia L. Sills*_____
Notary Public

Eugenia L. Sills
NOTARY PUBLIC
Allegany County, Maryland
My Commission Expires 5/1/08

My Commission expires: __5/01/08__

CPB 07 JUL -5 PM 12:18