UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | FILED ___ ENTERED ___ LODGED ___ RECEIVED |
| Plaintiff and Judgment Creditor, | * | AUG 20 2007 |
| v. | * | Civil AMD-00-1783 |
| NJIKONYE EKELEME | * | |
| Defendant and Judgment Debtor, | * | |
| and | * | |
| STATE OF MARYLAND CENTRAL PAYROLL BUREAU ANNAPOLIS, MD 21404 | * | |
| Garnishee. | * | |

### GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $9,695.39 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on July 17, 2007, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Njikonye Ekeleme maintains an interest.

On or about July 12, 2007, the Defendant and Judgement Debtor was notified of his right to a hearing. A hearing was not requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

8/20/07
Date

_____
HONORABLE ANDRE M. DAVIS
U. S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and Judgment Creditor, | * | |
| v. | * | Civil No. AMD-00-1783 |
| NJIKONYE EKELEME | * | |
| Defendant and Judgment Debtor, | * | |
| and | * | |
| STATE OF MARYLAND CENTRAL PAYROLL BUREAU ANNAPOLIS, MD 21404 | * | |
| Garnishee. | * | |

FILED ____ ENTERED
LODGED ____ RECEIVED

AUG 20 2007

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Plaintiff and Judgment Creditor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgement Debtor by certified mail on July 12, 2007, to the last known address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on July 6, 2007.

ROD J. ROSENSTEIN

UNITED STATES ATTORNEY

By: /s/
Thomas F. Corcoran
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 024894